IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah A. Monroe-Nnoli,<br><br>             Plaintiff,<br><br>v.<br><br>Autovest, LLC, et al.,<br><br>             Defendants. | No. CV-15-00558-PHX-NVW<br><br>**ORDER** |

Before the Court is the parties' Stipulation of Dismissal With Prejudice (Doc. 14). Good cause appearing,

IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 14).

IT IS FURTHER ORDERED dismissing this action with prejudice, each party to bear their own attorney's fees and costs.

IT IS FURTHER ORDERED vacating the Rule 16 Scheduling Conference set for July 10, 2015 at 1:30 p.m.

Dated this 4th day of June, 2015.

                                      Neil V. Wake
                                      United States District Judge